# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|                                        |   |                          |
|----------------------------------------|---|--------------------------|
| SHARI A. WILEY,                        | ) |                          |
|                                        | ) |                          |
|     Plaintiff,     | ) |                          |
|                                        | ) |                          |
| v.                                     | ) | Case No. CIV-25-1399-JD  |
|                                        | ) |                          |
| THIRTY5 WEST NEW LP, LLC, et al.       | ) |                          |
|                                        | ) |                          |
|     Defendants.    | ) |                          |

## ORDER

Before the Court is the Report and Recommendation ("R. & R.") issued by United States Magistrate Judge Chris M. Stephens on November 25, 2025. [Doc. No. 5]. The R. & R. recommends the Court deny Plaintiff Shari A. Wiley's ("Wiley") Application to Proceed in District Court without Prepaying Fees or Costs ("Application") [Doc. No. 2].

The R. & R. advised Wiley of her right to object by December 16, 2025, and warned that failure to file a timely objection would waive the right to appellate review of the factual and legal issues therein. R. & R. at 3. Wiley did not file an objection or request an extension of time to do so. She has since paid the filing fee. [Doc. No. 7]. The Court ACCEPTS the Report and Recommendation [Doc. No. 5] and DENIES Wiley's Application [Doc. No. 2].

IT IS SO ORDERED this 8th day of January 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE