**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHARI A. WILEY,<br><br>Plaintiff,<br><br>v.<br><br>THIRTY5 WEST NEW LP, LLC;<br>PEGASUS RESIDENTIAL, LLC; and<br>AMBER MCPHERSON,<br><br>Defendants. | ) | Case No. CIV-25-01399-JD |

**ORDER**

On March 3, 2026, the Court ordered Plaintiff Shari A. Wiley to show cause in writing by March 17, 2026, why this action should not be dismissed for failure to state a claim and lack of subject matter jurisdiction. [Doc. No. 11]. The Court warned Plaintiff that failure to respond would result in the dismissal of this action as set forth in the order. *Id.* at 9. Plaintiff failed to respond timely to the Court's order.[1] Consequently, the Court DISMISSES this action as set forth in the order of March 3, 2026. A separate judgment will follow.

IT IS SO ORDERED this 19th day of March 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

[1] The Court's record reflects that the Court's order was mailed to Plaintiff at her provided address. *See also* LCvR5.4; Fed. R. Civ. P. 5(b)(2)(C); *Theede v. U.S. Dep't of Labor*, 172 F.3d 1262, 1267 (10th Cir. 1999) (explaining that pro se plaintiffs, like any other litigant, must keep updated means of contact with the Court).